UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. |
| v. | ) | |
| | ) | 18 U.S.C. 2422(b) |
| CHARLES DEAN FULLER | ) | |
| a/k/a BOB LASITER | ) | |

2:06CR178 PS

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### COUNT 1

Between on or about July 31, 2006 through on or about August 18, 2006, in the Northern District of Indiana and elsewhere, the defendant

**CHARLES DEAN FULLER a/k/a BOB LASITER,**

did use a facility and means of interstate commerce, to wit: the World Wide Web internet and Yahoo! internet service, to knowingly attempt to persuade, induce, entice, and coerce "Gracie f," whom the defendant believed to be a female minor under the age of eighteen (18), to wit: a thirteen (13) year old, but who was in fact an undercover law enforcement officer, to engage in sexual activity for which a person may be charged with a criminal offense under Indiana law;

All in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

/s/ Foreperson
FOREPERSON

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By: /s/ David J. Nozick
David J. Nozick
Assistant United States Attorney
Northern District of Indiana