FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2007 JAN -3 PM 4: 40

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHARLES DEAN FULLER )<br>a/k/a BOB LASITER ) | CASE NO. 2:06CR178PPS<br><br>18 U.S.C. 2422(b) |

## SUPERCEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

Between on or about July 31, 2006 through on or about August 18, 2006, in the Northern District of Indiana and elsewhere, the defendant

**CHARLES DEAN FULLER a/k/a BOB LASITER,**

did use a facility and means of interstate commerce, to wit: the World Wide Web internet and Yahoo! internet service, to knowingly attempt to persuade, induce, entice, and coerce "Gracie f," whom the defendant believed to be a female minor under the age of eighteen (18), to wit: a thirteen (13) year old, but who was in fact an undercover law enforcement officer, to engage in sexual activity for which a person may be charged with a criminal offense under Indiana law;

All in violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

From on or about June, 2006 and continuing through on or about August, 2006 in the Northern District of Indiana and elsewhere,

**CHARLES DEAN FULLER a/k/a BOB LASITER,**

defendant herein, did knowingly receive visual depictions, specifically, computer photographic images, that had been mailed, shipped and transported in interstate commerce, such visual depictions being of minors engaged in sexually explicit conduct, specifically, oral-genital sexual intercourse, genital-genital sexual intercourse and anal-genital sexual intercourse, and the lascivious exhibition of the genitals and pubic area of said minors, the producing of such visual depictions involving the use of minors engaged in sexually explicit conduct, and such visual depictions being of such conduct;

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

From on or about July 2006 and continuing through on or about August, 2006, in the Northern District of Indiana and elsewhere,

**CHARLES DEAN FULLER a/k/a BOB LASITER,**

defendant herein, did knowingly distribute visual depictions, specifically, computer photographic images, that had been mailed, shipped and transported in interstate commerce, such visual depictions being of minors engaged in sexually explicit conduct, specifically, oral-genital sexual intercourse, genital-genital sexual intercourse and anal-genital sexual intercourse, and the lascivious exhibition of the genitals and pubic area of said minors, the producing of such visual depictions involving the use of minors engaged in sexually explicit conduct, and such visual depictions being of such conduct;

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2.

## SEXUAL EXPLOITATION FORFEITURE ALLEGATIONS

1. The allegations of Counts One (1) through three (3) of this Superceding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of the offenses alleged in Counts One (1) through three (3) of the Superceding Indictment, the defendant shall forfeit to the United States of America all property, real and personal, used or intended to be used to commit or to promote the commission of such offenses involved in the afore stated offense, including, but not limited to:

   1. One eMachines computer tower with serial number CCA64M000165, including the Western Digital hard drive made by Western Digital (WMAM9R062987) and hard drive made by Seagate (5JT6E57P).
   2. One hard drive made by Maxtor with serial number (4D040H2220631).
   3. 54 floppy disks.
   4. 41 CD-R's.

All in violation of Title 18, United States Code, Sections 2252 and 2253.

A TRUE BILL

A TRUE BILL:

/s/ Foreperson
FOREPERSON

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By: /s/ David J. Nozick
David J. Nozick
Assistant United States Attorney
Northern District of Indiana